UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODERICK D. BROWN                                                                          PLAINTIFF
ADC #144529

V.                                     No. 5:19CV00085-JM

MARJORIE HALL,
Health Service Administrator,
Correct Care Solutions, Pine Bluff                                                         DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 9th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE